IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


WILLIAM EDWARD WILLIAMS                                    PETITIONER


VS.                          CIVIL ACTION NO. 4:05CV176TSL-LRA


CHRISTOPHER EPPS, COMMISSIONER                            RESPONDENTS
OF MDOC, AND JIM HOOD, ATTORNEY
GENERAL

                            <u>JUDGMENT</u>

        Having fully reviewed the Report and Recommendation of the United

States Magistrate Judge entered in this cause, and having adopted same

as the opinion of this Court, the Court finds that the same entire

action should be dismissed with prejudice.

        THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and

is hereby entered in favor of the respondents, and that this

action is dismissed with prejudice.

        SO ORDERED this the  19th  day of November, 2007.


                            S/ Tom S. Lee
                        UNITED STATES DISTRICT JUDGE